DEMETRIUS COSTY (Cal. Bar No. 202905)
ROBERT J. BELES (Cal. Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690
E-mail: beleslaw@yahoo.com

Attorneys for Defendant
MONICA MASON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MONICA MASON,<br><br>Defendant. | No. 5:17-cr-00048-LHK<br><br>STIPULATION AND [PROPOSED] ORDER TO WAIVE DEFENDANT'S APPEARANCE FOR STATUS CONFERENCE |

Defendant MONICA MASON, by and through her counsel undersigned and the United States of America, through Assistant United States Attorney MARISSA HARRIS, hereby stipulate and respectfully request that the Court approve the waiver of the defendant's appearance for the Status Conference in the above-captioned case, currently set for Wednesday, March 27, 2019 at 09:15 a.m. This is the parties' first request to waive the defendant's appearance.

Ms. Mason is currently in custody at Santa Rita Jail and has been since the pendency of this matter. On Tuesday, March 19, 2019, DEMETRIUS COSTY, Lead Counsel for the Defendant, was notified by Deputy U.S. Marshal WAI MAN LEUNG that Ms. Mason is scheduled for a crucial surgery on the same day as the Status Conference on March 27, 2019. He stated that according to the Medical staff at Santa Rita Jail her surgery has already been rescheduled twice.

Assistant United States Attorney MARISSA HARRIS has no objection to waiving Ms. Mason's appearance for the Status Conference on March 27, 2019.

For the above-stated reasons, the Defendant, defense counsel, and the government, stipulate and respectfully request that the Court approves waiving the defendant's appearance for the Status Conference currently set for Wednesday, March 27, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 19, 2019

DEMETRIUS COSTY,
Attorney for *MONICA MASON*

DATED: March 19, 2019

MARISSA HARRIS,
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: March 20, 2019

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE